IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiff, <br> v. <br><br><br> ARTISAN STAR ART STORE, et al., <br><br> Defendants. | Case No. 25-cv-06256 <br><br> **Judge Elaine E. Bucklo** <br><br> **Magistrate Judge Laura K. McNally** |

**MOTION TO STRIKE INCORRECTLY FILED DOCUMENT**

On August 22, 2025, Plaintiff Warner Bros. Entertainment Inc. filed a Notice of Dismissal Under Rule 41(a)(1) ("Dismissal"). [37]. Due to a clerical error, the Dismissal listed Defendant Jiuwu X, No. 74, from a separate case the undersigned is handling that is also before this Court: NDIL 25-cv-04095. *See id.* As such, Plaintiff requests that the Court strike docket entry 37. Defendant has filed a corrected Notice of Dismissal at docket entry 38.

Dated this 25th day of August 2025.  Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Warner Bros. Entertainment Inc.*